**Dated: October 16, 2018**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re:                                      )
                                            )
TAMMY LEA SHORTER                           )   Case No. 18-13645-SAH
and MICHAEL T. SHORTER,                     )   Chapter 7
                                            )
                    Debtors.                )

### ORDER STRIKING MOTION TO EXCUSE DEBTOR MICHAEL SHORTER FROM 341 MEETING [DOC. 20]

Before the Court is the Motion to Excuse Debtor Michael Shorter from 341 Meeting [Doc. 20] filed on October 15, 2018. The Motion does not comply with applicable Local Rules in that it does not contain notice and opportunity for hearing;[1] therefore, it is hereby STRICKEN.[2]

Additionally, counsel for Debtor Michael Shorter should refer to the following for this

---

[1] See Local Rule 9013-1.G. The appropriate notice period is 14 days and "Notice of Opportunity for Hearing" must appear in the title of the Motion.

[2] "Documents filed with the Court which do not comply with the Local Rules and the ECF Guidelines may be stricken without notice and without time to correct the deficiency(ies) at the Court's discretion." See Local Rule 9010-1.I.

Court's current standard for excusing a debtor's appearance at the 341 meeting of creditors:

(i) *Memorandum Opinion and Order Regarding Motion to Excuse Appearance by Debtor at Section 341 Meeting of Creditors* [Doc. 37], filed on June 9, 2015, in In re Neider, Case No. 15-10681-JDL; and (ii) *Order Denying Motion to Excuse Debtor from Meeting of Creditors and Notice of Opportunity for Hearing [Doc. 9],* filed on December 29, 2015, in In re Bias, Case No. 15-14511-SAH [Doc. 13].

    IT IS SO ORDERED.

          # # #