**Dated: October 18, 2018**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TAMMY LEA SHORTER | ) | Case No. 18-13645-SAH |
| and MICHAEL T. SHORTER, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

### ORDER STRIKING MOTION FOR DEBTOR MICHAEL SHORTER TO APPEAR TELEPHONICALLY AT THE 341 MEETING [DOC. 22]

Before the Court is the Motion for Debtor Michael Shorter to Appear Telephonically at the 341 Meeting [Doc. 22] (the "Motion") filed on October 17, 2018. The Motion does not comply with applicable Local Rules in that it does not contain "Notice and Opportunity for Hearing" in the title of the Motion,[1] therefore, it is hereby STRICKEN.[2] The Court notes that its previous Order Striking Motion to Excuse Debtor Michael Shorter from 341 Meeting [Doc. 20],

---

[1] See Local Rule 9013-1.G.

[2] "Documents filed with the Court which do not comply with the Local Rules and the ECF Guidelines may be stricken without notice and without time to correct the deficiency(ies) at the Court's discretion." See Local Rule 9010-1.I.

entered on October 16, 2018 [Doc. 21], specifically pointed out that "Notice of Opportunity for Hearing" must appear in the title of the Motion.

    IT IS SO ORDERED.

# # #