**Dated: December 4, 2018**

**The following is ORDERED:**



*Sarah A Hall*
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| TAMMY LEA SHORTER ) | Case No. 18-13645-SAH |
| and MICHAEL T. SHORTER, ) | Chapter 7 |
| ) | |
| Debtors. ) | |

**ORDER STRIKING MOTION TO EXCUSE DEBTOR
MICHAEL SHORTER FROM 341 MEETING [DOC. 39]**

Before the Court is the Motion to Excuse Debtor Michael Shorter from 341 Meeting [Doc. 39] (the "Motion") filed on December 3, 2018. The Motion does not comply with applicable Local Rules in that it does not contain "Notice and Opportunity for Hearing" in the title of the Motion,[1] therefore, it is hereby STRICKEN.[2]

IT IS SO ORDERED.

\# \# \#

---

[1] See Local Rule 9013-1.G.

[2] "Documents filed with the Court which do not comply with the Local Rules and the ECF Guidelines may be stricken without notice and without time to correct the deficiency(ies) at the Court's discretion." See Local Rule 9010-1.I.